```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Nor-Cal Foods, Inc., et al,<br><br>    Defendants | Case No. **2:11-cv-02099-JAM-GGH**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than December 30, 2011.

Date: 12/8/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-cv-02099-JAM-GGH- 1

PDF created with pdfFactory trial version www.pdffactory.com